1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

ERIC RUBAKER, et al.,

10          Plaintiff,

11      v.

12  SPANSION, LLC,

13          Defendant.

14

*E-FILED - 8/6/09*

CASE NO.: C-09-00842-RMW

**ORDER CLOSING FILE IN VIEW OF BANKRUPTCY STAY**

15

16      This action has been stayed by the defendant's bankruptcy proceedings.  Therefore, the case

17  is hereby closed.  It may be reopened on application by any party showing that the bankruptcy stay

18  has been lifted.  The clerk will close the file.

19
20
21  DATED:  August 6, 2009

_____
                RONALD M. WHYTE
            UNITED STATES DISTRICT JUDGE

22
23
24
25
26
27
28

1

2

3

Copy of Order E-Filed to Counsel of Record:

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28